# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ORANGE COAST RECYCLING, INC., a California corporation d/b/a ORANGE COAST COMPUTERS & RECYCLING; and MICHAEL HOWARD, an individual,<br><br>    Defendants. | Case No. SA 13-cv-0962 CJC (AJWx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

  Pursuant to the stipulation of the parties and good cause appearing therefore, Defendants Orange Coast Recycling, Inc., a California corporation d/b/a Orange Coast Computers & Recycling, and Michael Howard, an individual, are hereby dismissed with prejudice from Plaintiff Microsoft Corporation's Complaint. The above-captioned action, including all claims asserted therein, is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

41826-5600.0077/LEGAL124086514.1

1    This Court shall retain jurisdiction with respect to the Permanent Injunction
2 entered by this Court.
3    **IT IS SO ORDERED.**
4
5 Dated: November 10, 2014       _____
                                 THE HONORABLE CORMAC J. CARNEY
6                                United States District Court Judge